1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant, JANET HORTON

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   CASE NO. 6:06-mj-00060-WMW
                                 )
12                               )
                                 )   STIPULATION TO CONTINUE INITIAL
13                 Plaintiff,    )   HEARING AND PROPOSED ORDER
                                 )   THEREON
14  vs.                          )
                                 )
15  JANET HORTON,                )
                                 )
16                 Defendant.    )
                                 )
17  _____    )

18       IT IS HEREBY STIPULATED by and between the Defendant, JANET HORTON, her

19  Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

20  Elizabeth Waldow, that the Initial Hearing in the above-captioned matter currently scheduled for

21  June 20, 2006, be continued until June 27, 2006, at 10:00 a.m.

22  Dated: June 1, 2006

23                                          By: /S/ Carol Ann Moses
                                                CAROL ANN MOSES
24                                              Attorney for Defendant
                                                JANET HORTON
25  Dated: June 1, 2006
                                            By: /S/ Elizabeth Waldow
26                                              ELIZABETH WALDOW
                                                Legal Officer for
27                                              UNITED STATES GOVERNMENT
                                                As agreed on June 1, 2006
28

---
                                    1
STIPULATION TO CONTINUE INITIAL HEARING AND ORDER THEREON

1 * * * PROPOSED ORDER * * *

2 The Court, having reviewed the above Stipulation and Order to Continue Initial Hearing,

3 HEREBY ORDERS AS FOLLOWS:

4     1.    The Stipulation to Continue Initial Hearing shall be continued to June 27, 2006

5 at 10:00 a.m.

7 Dated: _____

8 By: _____
    WILLIAM M. WUNDERLICH
    UNITED STATES MAGISTRATE JUDGE

12 IT IS SO ORDERED.

13 **Dated:   June 2, 2006**       **/s/ William M. Wunderlich**

14 mmkd34       UNITED STATES MAGISTRATE JUDGE